**STATE of Missouri, Respondent,**

v.

**Donnell WITHERSPOON, Appellant.**

No. ED 86016.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 28, 2006.

Mark W. Lyons, Clayton, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, MO, for respondent.

Before MARY K. HOFF, P.J., CLIFFORD H. AHRENS, J., and PATRICIA L. COHEN.

### ORDER

PER CURIAM.

Donnell Witherspoon ("defendant") appeals the judgment on his conviction of trafficking in the second degree, unlawful use of a weapon, and possession of a controlled substance. Defendant claims the trial court erred in sentencing him as a persistent drug offender.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).